# MEMORANDUM DECISIONS.

**A. B. BARR & CO.**, Respondent, v. **SCHIFF**, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by A. B. Barr & Co. against Fannie H. Schiff. No opinion. Judgment of the City Court of Yonkers modified, by deducting $52 from the amount of the additional allowance, and, as modified, judgment and order affirmed, without costs.

**ABBE**, Appellant, v. **CORBETT** et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 17, 1906.) Action by Richard F. Abbe against Charles H. Corbett, Jr., and another. No opinion. The undisputed evidence established a surrender of the lease. Summary proceedings therefore lay, and it was error to dismiss. The final order of the Municipal Court dismissing the proceeding is therefore reversed, and a new trial ordered; costs to abide the event.

**ABSALON**, Respondent, v. **SICKINGER**, Appellant. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by Rosa Absalon against Rudolph Sickinger. No opinion. Order affirmed, with $10 costs and disbursements.

**ABSALON**, Respondent, v. **SICKINGER**, Appellant. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) In the matter of the supplementary proceedings by Rosa Absalon, judgment creditor, against Rudolph Sickinger, judgment debtor. No opinion. Order affirmed, with $10 costs and disbursements.

**ADAMS**, Respondent, v. **ADAMS** et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Action by William Adams against Benjamin Adams and others. No opinion. Interlocutory judgment affirmed, with costs.

**ADAMS** v. **BRISTOL**. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by William C. Adams against Elias L. M. Bristol. No opinion. Motion granted. Order filed.

**ADAMS**, Appellant, v. **MASSEY**, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 10, 1906.) Action by Jesse M. Adams, as administrator, against George B. Massey. No opinion. Order (100 N. Y. Supp. 836) affirmed, with $10 costs and disbursements.

**ADAMS** v. **MASSEY**. (Supreme Court, Appellate Division, Fourth Department. October 10, 1906.) Action by Jesse M. Adams, as administrator, against George B. Massey. No opinion. Motion to amend order heretofore made and entered by this court denied, with $10 costs.

**A. G. HYDE & SONS.** v. **ROSENBAUM** et al. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by A. G. Hyde & Sons against Selig Rosenbaum and another. W. J. Barr, for appellant. G. Putzel, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**AHEARN** et al., Respondents, v. **SCHMIDT**, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Charles W. S. Ahearn and George Dorrlamm, etc., against George Schmidt. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event; on the ground that the plaintiffs failed to show that they were the procuring cause of the sale for which they have recovered commissions.

**ALBERTSON**, Respondent, v. **ALBERTSON** et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by Edward Albertson against Anna Albertson, impleaded with others. No opinion. Order of the county judge of Nassau county affirmed, with $10 costs and disbursements.

**ALLEN**, Respondent, v. **PIERSON** et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Action by Addie A. Allen against Albert H. Pierson and others. No opinion. Motion for leave to appeal to the Court of Appeals granted, and questions for review certified.

**ALLISON**, Respondent, v. **HUBBARD**, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 3, 1906.) Action by William Allison against Elmer E. Hubbard.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, J., dissents, upon the ground that it was error to charge as matter of law that the defendant was liable for conversion on account of the sale of the team of horses at the auction, unless the plaintiff consented thereto.

**ALLISON**, Respondent, v. **LUEDERMANN**, Appellant. (Supreme Court, Appellate Term. November 14, 1906.) Appeal from Municipal Court, Borough of Manhattan, Third District. Action by Wallace Allison against Albert Luedermann. From a judgment for the plaintiff, defendant appeals. Modified and affirmed. Truax, Watson & Roberts, for appellant. Benjamin F. Edsall, for respondent.

PER CURIAM. There was sufficient evidence to warrant a conclusion that the engineer,